IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADLEY SHUCK, and GREGORY SHUCK, | ) | |
| Plaintiffs, | ) | 4:05cv3277 |
| v. | ) | |
| CNH AMERICA, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by November 25, 2005, file their Report of Parties' Planning Conference.

DATED November 7, 2005.

/s/ David L. Piester
United States Magistrate Judge