```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

BRADLEY SHUCK and GREGORY      )
SHUCK,                         )
                               )
            Plaintiffs,        )         4:05CV3277
                               )
      v.                       )
                               )
CNH AMERICA, LLC, a Delaware   )         ORDER
Corporation,                   )
                               )
            Defendant.         )
```

IT IS ORDERED:

The motion of Daniel M. Placzek on behalf of Aaron M. Popelka requesting that Mr. Popelka be permitted to withdraw from the representation for plaintiffs, filing 25, is granted.

DATED this 13th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge