IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRADLEY SHUCK and GREGORY      )
SHUCK,                          )
                                )
            Plaintiffs,        )            4:05CV3277
                                )
        v.                     )
                                )
CNH AMERICA, LLC,              )            ORDER
a Delaware corporation,        )
                                )
            Defendant.         )
_____

        Plaintiffs' counsel have informed the court that they do not
seek an award of expenses and fees with respect to the motion to
compel (filing 24).  Accordingly,

        IT IS ORDERED, the order of May 11, 2006, filing 31, is
amended to read as follows:

        "1.  The motion to compel, filing 24, is denied as moot."

        DATED this 18th day of May, 2006.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge