```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRADLEY SHUCK and GREGORY SHUCK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3277 |
| v. | ) ) | |
| CNH AMERICA, LLC, a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint motion to extend deadline, filing 48, is granted in part and the deadline for the parties to file summary judgment motions is extended to August 7, 2006.

DATED this 31st day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge