```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRADLEY SHUCK, and GREGORY SHUCK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3277 |
| v. | ) ) | |
| CNH AMERICA, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

1. The parties' joint motion to extend the deposition deadline, filing 64, is granted.

2. The deposition deadline is continued from August 28, 2006 to September 1, 2006.

3. All other provisions of the court's progression order for this case remain in effect.

DATED this 24th day of August, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge