IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| C-LINE FARMS, INC., and<br>NUCKLAY FARMS, INC.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CNH AMERICA, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:05CV3277<br><br><br><br>**ORDER** |

IT IS ORDERED that:

1.  Defendant's motion in limine (filing 104) is granted in part and denied in part, as follows:
    a.  Ken Ward's expert testimony generally will be limited to opinions that the fire started at the engine and was caused by the hole in the engine.
    b.  The jury will be instructed that Steven Mikesell's expert report did not include all of his opinions, and that they may consider that fact in determining what weight to give to his opinions.
    c.  In all other respects the motion is denied.

2.  Defendant's motion in limine (filing 107) is granted with the proviso that evidence of other fires may be admissible if sufficient foundation is presented.

October 10, 2006.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge