IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| C-LINE FARMS, INC., and NUCKLAY FARMS, INC., | ) ) ) | 4:05CV3277 |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| CNH AMERICA, LLC, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion to stay execution pending appeal (filing 138) is granted on the condition that Defendant, within ten (10) days, shall file a supersedeas bond, with acceptable surety (see NECivR 65.1.1), in the amount of $160,000.00.

December 20, 2006.                         BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge